# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **Arthur COFIELD,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:10-CV-101 (MTT) |
| **Fred HEAD, *et al.*,** | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

This matter is before the Court on the Recommendation to Grant (Doc. 25) (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge, having reviewed the Defendants' Motion to Dismiss (Doc. 18) (the "Motion"), recommends dismissing the claims against the Defendants because the Plaintiff failed to exhaust his available administrative remedies pursuant to 42 U.S.C. § 1997(e)(a). The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED**.

**SO ORDERED**, this the 31st day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT